IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM PARO,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 4:24CV3023<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

IT IS ORDERED that the joint motion to amend the final progression order, Filing No. 15, is granted. The final progression order, Filing No. 11, is amended as follows:

1)  The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for February 4, 2025 is **continued** and will be held with the undersigned magistrate judge on **June 10, 2025** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)  The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is April 22, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 6, 2025.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

1

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    April 16, 2025.

    For the defendant(s):    May 7, 2025.

    Rebuttal:    June 5, 2025.

4) The deadline for discovery depositions is May 2, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment is July 1, 2025.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 23, 2025.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All other deadlines in the prior case progression order, Filing No. 11, remain unchanged.

10) Any requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 1st day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge