IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ADAM PARO,

                Plaintiff,

vs.

UNION PACIFIC RAILROAD
COMPANY,

                Defendant.

**4:24CV3023**

**ORDER**

This matter is before the Court on Defendant's motion for leave to retain and disclose a vocational rehabilitation expert. Filing No. 47. Upon inquiry, the parties advised they stipulated to the disclosures of vocational rehabilitation experts. The parties also jointly requested an extension of various case progression deadlines. Accordingly, the Court adopts the parties' stipulation and Defendant's motion, Filing No. 47, is granted as set forth herein.

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **April 21, 2026** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for vocational expert disclosures are as follows:

    For the defendant:             March 25, 2026.

    Plaintiff's rebuttal:           April 15, 2026.

1

3) The deadline for filing motions to dismiss and motions for summary judgment is May 6, 2026.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 6, 2026.

5) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged. Additional extensions will not be considered absent a substantial showing of good cause.

IT IS ORDERED.

Dated this 24th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge